CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 15 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WYNN H. SHELDON, <br> Plaintiff, | ) <br> ) Civil Action No. 7:06-cv-00049 <br> ) |
| v. | ) FINAL ORDER <br> ) |
| WARDEN BLEDSOE, et al., <br> Defendants. | ) By: Hon. Jackson L. Kiser <br> ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day it, is hereby

**ORDERED**

that defendants motion for summary judgment, shall be and hereby is **GRANTED** as to all plaintiff's Bivens claims. This case will be **STRICKEN** from the active docket of the court, and any outstanding motions are **DENIED as MOOT**.

Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Civil Procedure by filing a notice of appeal with this court within thirty (30) days of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5) or 4(a)(6).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff and counsel of record for the defendants.

ENTER: This 15th day of March, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge